

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-17-00037-CV

| | | |
|---|---|---|
| Valerie L. McNally now known as Valerie Jenkins and Kelly Alana McNally a/k/a Kelly Alana Wilkins | § § | From County Court at Law No. 2 of Parker County (CIV-14-0690) |
| v. | § | April 27, 2017 |
| Joseph P. McNally | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM